OFFICES OF

STEPHEN H. SACHS
ATTORNEY GENERAL
GEORGE A. NILSON
DEPUTY ATTORNEY GENERAL

ROBERT A. ZARNOCH
ASSISTANT ATTORNEY GENERAL
COUNSEL TO THE GENERAL ASSEMBLY
RICHARD E. ISRAEL
ASSISTANT ATTORNEY GENERAL



# THE ATTORNEY GENERAL

ROOM 104

LEGISLATIVE SERVICES BUILDING

90 STATE CIRCLE

ANNAPOLIS, MARYLAND 21401

301-269-3786

September 25, 1980

Ms. M. Elizabeth Lewandowski
106 Dublin Drive
Lutherville, Maryland   21093

Dear Ms. Lewandowski:

This is in response to your request, on behalf of
the School Board Nominating Convention of Baltimore
County, on whether you have been correctly advised by
the County Solicitor's Office that a member of the
county school board who has served part of an unexpired
term and one full term is eligible for reappointment
to another full term.  Although the applicable law is
ambiguous, I think that the interpretation given by
the Solicitor's Office is a reasonable one.

Section 3-108(c) of the Education Article, as it
applies to Baltimore County, provides that members of
the board are appointed by the Governor for five-year
terms, that members are eligible for reappointment
and that "an individual may not serve for more than
two consecutive terms."  Sec. 3-108(c) also provides
for the appointment of new members to fill vacancies
for the remainder of unexpired terms.  As a term
generally refers to a fixed period of time for holding
an office, I think that it is reasonable to read the
two-term limitation as a reference to serving more
than two consecutive fixed terms of five years each.
Thus, although a member can only serve two such fixed
terms in succession, a member might also serve part of
the unexpired term of another member.  Such an inter-
pretation would not be inconsistent with the evident
objective of Sec. 3-108 of limiting service on the
county school board.  Moreover, I am advised that this
view has generally been accepted by the Governor's
office where this question has arisen in the past.

While this letter is not an Opinion of the Attorney General, it is my considered view of the matter.

Very truly yours,

Richard E. Israel
Assistant Attorney General

REI:mar

cc: Arnold Jablon, Esquire